IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTOPHER VANESKO | : | CIVIL ACTION |
| | : | NO. 13-01181 |
| v. | : | |
| | : | |
| MARINA DISTRICT DEVELOPMENT | : | |
| COMPANY, LLC et al. | : | |

**ORDER**

AND NOW, this 5th day of August, 2014, upon consideration of defendant Marina District Development Company, LLC's motion for summary judgment (Dkt. No. 23), defendant Strike Force Protective Services, Inc.'s motion for summary judgment (Dkt. No. 22) and plaintiff Kristopher Vanesko's response and supplemental answer thereto (Dkt. Nos. 25 and 26) and consistent with the accompanying memorandum of law, it is ORDERED that:

1) Strike Force Protective Services, Inc.'s motion is DENIED; and

2) Marina District Development Company, LLC's motion is GRANTED and JUDGMENT IS ENTERED in favor of defendant Marina District Development Company, LLC and against plaintiff Kristopher Vanesko.

It is FURTHER ORDERED that

1) This matter is listed for trial to commence on October 27, 2014 at 10:00 a.m. in Courtroom 4A of the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

2) Motions in limine or other matters requiring the Court's attention, if any, are to be filed no later than October 1, 2014. Responses to any such motions shall be filed on or before October 8, 2014; and

-2-

3) Pretrial memoranda and proposed points for charge and verdict sheets should be filed no later than October 8, 2014.

If the parties believe a settlement conference would be productive they should contact my deputy Mr. Charles Ervin (267-299-7559) promptly.

                                        *s/Thomas N. O'Neill, Jr.*
                                THOMAS N. O'NEILL, JR., J.